UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN MALONE,

        Plaintiff,                        Case No. 1:13-CV-821

v.                                          HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 29, 2014, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (ECF No. 20) recommending that the Commissioner's decision be reversed and the case remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 29, 2014, R&R (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's decision is **REVERSED** and the matter is **REMANDED** for proceedings consistent with this Court's opinion.

Dated: September 29, 2014                /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE