UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN MALONE,

      Plaintiff,                                            Case No. 1:13-cv-821

v.                                                               HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On September 21, 2015, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (ECF No. 24) recommending that Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (ECF No. 22) be granted in part and denied in part. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 21, 2015, R&R (ECF No. 24) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (ECF No. 22) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff be awarded two thousand, eighty-seven dollars and fifty cents ($2,087.50) and that such be paid directly to Plaintiff.


Dated:  October 20, 2015                               /s/ Robert Holmes Bell
                                                                       ROBERT HOLMES BELL
                                                                       UNITED STATES DISTRICT JUDGE